ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Meaghan Sharp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MEAGHAN SHARP,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. CV 12-2939-PJW<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND NINE-HUNDRED DOLLARS AND NO CENTS ($5,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: February 3, 2015    *Patrick J. Walsh*
                           UNITED STATES MAGISTRATE JUDGE